# TABLE OF CONTENTS

LIST OF EXHIBITS .................................................................................................................i
I. INTRODUCTION AND SUMMARY.........................................................................1
II. STATEMENT OF FACTS...........................................................................................6
    A. WCI and its "House of Pain"..........................................................................6
    B. The Events Leading to Decedent's Transfer from Housing Unit 4 ................9
    C. The April 30, 2004 Use of Force..................................................................13
    D. Decedent's Lack of Movement in SOH .......................................................20
III. STANDARD FOR SUMMARY JUDGMENT .........................................................26
IV. SUMMARY JUDGMENT IS NOT APPROPRIATE AS TO PLAINTIFFS' CONSTITUTIONAL CLAIMS ..................................................................................27
    A. The Decision to Extract Decedent.................................................................28
    B. Claims Arising from the Actual Cell Extraction ..........................................31
        1. Spit Mask............................................................................................32
        2. Use of Physical Force ........................................................................33
        3. Use of Chemical Agent.......................................................................34
        4. Extreme Pressure Applied in SOH .....................................................36
        5. Lack of Medical Care During the Extraction ....................................36
    C. Deliberate Indifference to Decedent's Medical Needs in SOH....................38
    D. Defendants Galley and Shreve's Liability as Supervisors............................40
V. SUMMARY JUDGMENT IS NOT APPROPRIATE AS TO PLAINTIFFS' STATE LAW CLAIMS.............................................................................................41
    A. State Constitutional Violations......................................................................41
    B. Assault and Battery.......................................................................................42
    C. Intentional Infliction of Emotional Distress .................................................42
    D. Gross Negligence..........................................................................................43
    E. Immunity Against State Case Claims...........................................................43
VI. DEFENDANTS ARE NOT ENTITLED TO QUALIFIED IMMUNITY .....................43
VII. CONCLUSION ..........................................................................................................47