IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

**DR. BENNY O. IKO,** *et al.*,

      **Plaintiffs,**

v.

**JON P. GALLEY,** *et al.*,

      **Defendants.**

Civil Action No. DKC-04-3731

## PLAINTIFFS' PETITION FOR APPROVAL OF SETTLEMENT DISTRIBUTIONS

Plaintiff Dr. Benny O. Iko, as Personal Representative of the Estate of Ifeanyi Iko, and on behalf of the heirs of Ifeanyi Iko, along with Plaintiff Loreen Jones on behalf of Benny Iko, Jr. (who was at the time this action was filed a minor but has now reached the age of 19), and Plaintiff Christine Iko, by and through their attorneys Gary C. Adler and Paul L. Knight, respectfully move this Court for approval of the proposed distribution which has been agreed to by all Plaintiffs. In support thereof, Plaintiffs state as follows:

1. This case involves survival and wrongful death claims brought against Maryland correctional officers under 42 U.S.C. § 1983. It arises out of the death of Ifeanyi Iko after he was forcibly removed from his cell by the correctional officers. Plaintiffs allege that the officers unlawfully deprived Mr. Iko of his constitutional rights.

2. At the time of his death, Ifeanyi Iko was divorced from his wife Loreen Jones. He has two children with Loreen Jones who are U.S. citizens: Christine Iko, presently age 23, and Benny Iko, presently age 19. He has another adult son Ndukwe Iko, presently age 29 who was

born in Nigeria prior to Mr. Iko moving to the United States and who currently resides in, and is a citizen of, Nigeria. *See* Attachment A.

3. Dr. Benny Iko is the brother of Ifeanyi Iko and his personal representative. Dr. Benny Iko maintains contact with Ndukwe Iko in Nigeria and other relatives there.

4. The parties have discussed and agreed to a general settlement of all claims arising out of the death of Ifeanyi Iko, including not only this action but also all claims lodged in the Circuit Court for Baltimore City, captioned *Dr. Benny O. Iko, et al. v. Maryland Division of Corrections,* Civil Action No. 24-C-07-002963.

5. The Defendants take no position as to the distributions proposed in this Petition.

6. The settlement reached between the parties is for the present value amount of Five Hundred Thousand Dollars ($500,000.00). The settlement did not apportion any amounts between the various counts of the Complaint. Defendants have paid the $500,000 to Plaintiffs' counsel and that amount is being held in escrow.

7. Under the Contingency Fee Agreement, Plaintiffs' counsel are to receive 40% of the gross recovery. The present value amount of the attorneys' fees is $200,000.00, which will be apportioned between the law firm of Nossaman LLP/O'Connor & Hannan and Roetzel & Andress, LPA in close proportion to the respective hours each firm worked on this matter.[1] This $200,000.00 represents four and one-half years of continuous representation of Plaintiffs. The parties approve this legal fee.

---

[1] Subsequent to the date when the retainer agreement was signed in June 2004, Mr. Adler left O'Connor & Hannan, LLP on April 1, 2007 to join Roetzel & Andress, LPA. On July 1, 2008, O'Connor & Hannan, LLP merged with Nossaman LLP and now operates as Nossaman LLP. The fees will be divided $165,000 to Nossaman/O'Connor & Hannan and $35,000 to Roetzel & Andress, LPA.

8. Nossaman LLP/O'Connor & Hannan has incurred out-of-pocket expenses of $55,423.39, and Roetzel & Andress, LPA has incurred expenses of $562.15 for a total of $55,985.54. Under the Contingency Fee Agreement, these expenses are to be paid from the remaining funds, leaving a balance of $244,014.46.

9. The Plaintiffs, all members of the Iko family, wish to be fair and generous to each other and to resolve the distribution of the remaining funds in an amicable manner.

The Iko Plaintiffs recognize that Dr. Benny O, Iko financially supported his brother Ifeanyi Iko while Ifeanyi Iko was incarcerated for many years, up to the time of Ifeanyi's death.

10. The Plaintiffs have met and subsequently agreed on how they believe the $244,014.46 in settlement proceeds should be apportioned between themselves:

    a) Dr. Benny Iko, who is the Personal Representative of the Estate of Ifeanyi Iko, will receive $13,000.00 in lieu of fees or commissions that are allowable for serving as the Administrator of the Estate. These funds are to cover estate expenses, including the funeral costs of Ifeanyi Iko in the U.S. and Nigeria and other out-of-pocket costs related to Ifeanyi Iko's death.[2]

    These expenses approximate what Dr. Iko would likely receive as the Personal Representative of Ifeanyi Iko if one-half of the Plaintiffs' award was attributable to the survival actions. The children of Ifeanyi Iko recognize the great support and funding that Dr. Iko provided over the years to their father.

---

[2] Under Maryland law, the Administrator of the Estate is entitled to 9% of the first $20,000 which is $1,800, plus 3.6% of the Estate in excess of $20,000. *See* Maryland Estates and Trust Code, Article 7-601(b). An award attributable to the survival claim would be subject to such fees.

3

  b)  Christine Iko, who is a Plaintiff in both the wrongful death and survival claims, shall receive $77,004.82.

  c)  Benny Iko, who is a Plaintiff in both the wrongful death and survival claims, shall receive $77,004.82.

  d)  Ndukwe Iko, who is a claimant under the survival claims, shall receive $77,004.82.

11.  The undersigned Plaintiffs are satisfied with the terms of the settlement and with the efforts of their counsel. Plaintiffs respectfully request that this Honorable Court grant this Petition.

WE, THE UNDERSIGNED, ASK THE COURT TO GRANT THIS PETITION AND DO SO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____
Dr. Benny O. Iko

_____
Christine Iko

_____
Benny Iko

_____
Loreen Jones, on behalf of Benny Iko

b)   Christine Iko, who is a Plaintiff in both the wrongful death and survival claims, shall receive $77,004.82.

c)   Benny Iko, who is a Plaintiff in both the wrongful death and survival claims, shall receive $77,004.82.

d)   Ndukwe Iko, who is a claimant under the survival claims, shall receive $77,004.82.

11.   The undersigned Plaintiffs are satisfied with the terms of the settlement and with the efforts of their counsel. Plaintiffs respectfully request that this Honorable Court grant this Petition.

WE, THE UNDERSIGNED, ASK THE COURT TO GRANT THIS PETITION AND DO SO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____
Dr. Benny O. Iko

*Christine Iko* (signature)
_____
Christine Iko

_____
Benny Iko

_____
Loreen Jones, on behalf of Benny Iko

4

b) Christine Iko, who is a Plaintiff in both the wrongful death and survival claims, shall receive $77,004.82.

c) Benny Iko, who is a Plaintiff in both the wrongful death and survival claims, shall receive $77,004.82.

d) Ndukwe Iko, who is a claimant under the survival claims, shall receive $77,004.82.

11. The undersigned Plaintiffs are satisfied with the terms of the settlement and with the efforts of their counsel. Plaintiffs respectfully request that this Honorable Court grant this Petition.

WE, THE UNDERSIGNED, ASK THE COURT TO GRANT THIS PETITION AND DO SO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____
Dr. Benny O. Iko

_____
Christine Iko

_____*Benny Iko*_____
Benny Iko

_____*Loreen Jones*_____
Loreen Jones, on behalf of Benny Iko

WHEREFORE, for the reasons set forth above, it is respectfully requested by undersigned counsel that this Honorable Court grant this Petition. An Order for the relief requested is attached hereto.

DATED:  January 26, 2009                         Respectfully submitted,


/s/ Gary C. Adler
Gary C. Adler (Bar No. 05159)
Roetzel &Andress, LPA
1300 Eye Street, N.W., Suite 400 East
Washington, D.C.  20005

/s/ Paul L. Knight
Paul L. Knight (Bar No. 16360)
Nossaman LLP/O'Connor & Hannan
1666 K Street, N.W., Suite 500
Washington, DC  20006
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

*Attorneys for Plaintiffs*