IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **DR. BENNY O. IKO,** *et al.*, | |
| Plaintiffs, | Civil Action No. DKC-04-3731 |
| v. | |
| **JON P. GALLEY,** *et al.,* | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiffs Dr. Benny O. Iko, *et al.* ("Plaintiffs"), by and through counsel, and Defendants Jon P. Galley, *et al.* ("Defendants"), by and through counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal with prejudice of the above-referenced action. Each party shall bear its own costs.

DATED: January 29, 2009                                Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Stephanie Lane-Weber (Bar No. 00023) | Gary C. Adler (Bar No. 05159) |
| (Signed by Paul L. Knight with permission of Stephanie Lane Weber) | (Signed by Paul L. Knight with permission of Gary C. Adler) |
| Assistant Attorney General | Roetzel & Andress, LPA |
| Correctional Litigation Division | 1300 Eye Street, NW |
| Office of the Attorney General | Suite 400 East |
| 200 St. Paul Place, 19th Floor | Washington D.C. 20005 |
| Baltimore, MD 21202 | Telephone: 202.625.0600 |
| Telephone: (410) 576-6424 | Facsimile: (202) 338-6340 |
| Facsimile: (410) 576-6880 | |
| | /s/ Paul L. Knight |
| | Paul L. Knight (Bar No. 16360) |
| | Nossaman LLP/O'Connor & Hannan, LLP |
| | 1666 K Street, N.W., Suite 500 |
| | Washington, DC 20006 |
| | Telephone: (202) 887-1400 |
| | Facsimile: (202) 466-3215 |

158667_1.DOC